UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARLOS HUGO ARITA-RAMIREZ (A-213-123-363),

Petitioner,

v.

WARDEN, CALIFORNIA CITY DETENTION CENTER,

Respondent.

No. 1:26-cv-7550 DAD CSK

ORDER

Petitioner is an immigration detainee, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On September 28, 2026, respondents filed a motion to dismiss on the grounds that petitioner was released from immigration custody and his final order of removal was executed. (ECF Nos. 6, 6-1.) Therefore, petitioner is granted 14 days to show cause why this action should not be dismissed as moot.

Accordingly, IT IS HEREBY ORDERED that within 14 days of the date of this order, petitioner shall show cause why this action should not be dismissed as moot; failure to respond to this order will result in a recommendation of dismissal of this action.

Dated: October 6, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Rami7550.osc.imm/2